Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

District of Columbia

Civil Division

| | | |
|---|---|---|
| Monal Patel | ) | Case: 1:18-cv-02707 |
| _Plaintiff(s)_ | ) C | Assigned To : Unassigned |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | Assign. Date : 11/20/2018 |
| | ) | Description: Employ. Discrim. (H-DECK) |
| -v- | ) | Jury Trial: (check one) ☐ Yes ☒ No |
| FDIC; ICF Inc. et al | ) | |
| _Defendant(s)_ | ) | |

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**RECEIVED**

**NOV 2 0 2018**

Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

**I.   The Parties to This Complaint**

  **A.   The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Monal Patel |
  | Street Address | 2020 F St NW Apt 125 |
  | City and County | Washington, Washington |
  | State and Zip Code | DC 20006 |
  | Telephone Number | 860-655-7277 |
  | E-mail Address | monal.m.patel@gmail.com |

  **B.   The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

Defendant No. 1
- Name: FDIC (Federal Deposit Insurance Corporation)
- Job or Title (if known):
- Street Address: 550 17th St NW
- City and County: Washington, Washington
- State and Zip Code: DC 20429
- Telephone Number: 877-275-3342
- E-mail Address (if known):

Defendant No. 2
- Name: ICF Inc.
- Job or Title (if known):
- Street Address: 9300 Lee Highway
- City and County: Fairfax, Fairfax
- State and Zip Code: VA 22031
- Telephone Number: 703-934-3000
- E-mail Address (if known):

Defendant No. 3
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | FDIC |
| Street Address | 3501 Fairfax Drive |
| City and County | Arlington, Arlington |
| State and Zip Code | VA 22201 |
| Telephone Number | 877 275 3342 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
Equal Pay Act via Bivens action; Lilly Ledbetter Fair Pay Act; E.O. 11246; E.O. 13665; Administrative Procedures Act

☒ Relevant state law *(specify, if known)*:
Virginia Equal Pay Act

☒ Relevant city or county law *(specify, if known)*:
District of Columbia Human Rights Act

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

III. Statement of Claim

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☒ Other acts *(specify)*: pay disparities based on my gender; wages owed as a result of violating A.P.A.

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
11/21/2017, 1/19/2018, 3/29/2018, 4/6/2018

C. I believe that defendant(s) *(check one)*:
- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☒ gender/sex    male
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)*          *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

1. By way of a Bivens action, I claim that FDIC violated my 5th Amendment rights by not paying me for the same work done by females.
2. Theresa Daniells, an FDIC Oversight Manager, violated that right.
3. The Administrative Procedures Act does not provide monetary compensation against the defendant(s) and the Equal Pay Act lacks a statutory cause of action against the FDIC.
4. No special factors suggest the court should decline to provide this remedy, and
5. No appropriate immunity can be raised by the defendant FDIC.

6. The work I performed was in the same working conditions, required the same skills, effort, and responsibility, and I received less money than two females who held these FDIC roles before I absorbed them.
7. While I was an employee of ICF Inc. and a contractor to FDIC, FDIC can be considered a joint employer by way of the joint employer test in how it asserted the level of control and direction they had over my work and schedule as a contractor. Precedent case: Knight v. United Farm Bureau Mutual Ins.
8. Through legerdemain on the behalf of FDIC and ICF, I was not paid the same wages as Lori Dickson and Eun Mi Yu, two females who left their roles at FDIC and whose duties I absorbed and performed exceptionally from October 2017 through April 2018.
9. The Equal Pay Act is intent-neutral, so the pay disparities existence between males and females is a liability.
10. ICF violated Executive Order 11246, which forbids federal contractors that do over $10,000 in Government business per year from discrimination in employment decisions based on sex.
11. ICF did not properly consider my requests for pay raises, denied a promotion, job classification change, and decisions on pay when I brought them up. ICF managers acted in a retaliatory, intimidatory manner with these denials after I had reported ICF manager Lisa Pardue to the ICF Human Reources Business Partner, Denise Rowe, November 2017 for biased treatment. This violates the Lily Ledbetter Act.
12. ICF and FDIC violated Executive Order 13665, which addresses pay transparency for federal contractors by discriminating based on my sex/gender.
13. The pay disparity that I faced in doing the work duties of more than three actual job roles, two of which were federal jobs, is backed up by a precedent case, EEOC v. NFI Railroad LLC., in which summary judgement was issued in favor of plaintiff.
14. Both defendants violated the Administrative Procedures Act when the "reverse insourcing" occurred and the work order, WO2016-BAB-01 FIN SVCS REV05, under contract BAMSS III CORHQ-16-C-0197, was not modified. Further, there are False Claims Act implications.
15. ICF did not follow the Federal Contractor Sick Leave regulation and owes back sick pay. ICF Human Resources provided false guidance on exempt status use of LWOP, and false guidance on forcing exempt employees to deduct PTO hours in order to make a week's time sheet total 40 hours.
16. ICF manager, Lisa Pardue, defamed plaintiff by libel, in emailing false accusatory statements that I mis charged the client and that I communicated internal communicae with the client. This was retaliation for reporting discrimination.
17. Due to the hostile work environment created by ICF, I was forced to resign as no reasonable person would remain in these conditions.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

Pro Se 7 (Rev 12/16) Complaint for Employment Discrimination

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

For actions claimed under the Equal Pay Act, filing a charge with EEOC is not required.

B. The Equal Employment Opportunity Commission *(check one)*:

☒ has not issued a Notice of Right to Sue letter.

☐ issued a Notice of Right to Sue letter, which I received on *(date)* _____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek injunctive relief so that the court orders the defendants to stop their malicious and ill intended violations of the E.P.A. and A.P.A. by paying contractors the same as those who do the same work but are of the opposite sex. And, to pay the same wages when work is outsourced from a federal role.
I seek liquidated damages of $200,000, since fair wages were not administered to me by the defendants, and since ICF violated the False Claims Act, and I see these actions as intentional and malicious.
I seek compensatory relief for the pain, emotional stress, loss of income, damage to my reputation, back pay and front pay, and expenses and legal fees, in the sum of $300,000, for the A.P.A. portion of the complaint, and E.O. violations. The 5th Circuit set a precedent that compensatory damages could be given in FLSA cases, as the amendment in 1977 for anti-retaliation provisions allowed it.
I seek punitive relief for the broad violations FDIC and ICF made in relation to equal pay, to the E.O.s, and the A.P.A. and F.C.A., in the amount of $200,000.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  11/20/2018

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Monal Patel

### B.   For Attorneys

Date of signing:  _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____
State and Zip Code  _____
Telephone Number  _____
E-mail Address  _____