2/22/19

To: Clerk's Office - Civil
U.S. District Court for D.C.
333 Constitution Ave NW, Rm 1225
Washington DC 20001

**LET THIS BE FILED** as a Request for Entry of Default, which is DENIED. Service has yet to be effected. The Marshals Service is directed to effect service in this case as soon as practical within its available resources.

*[signature]* 3/1/19

Re: Case 1:18-CV-02707-RC
Judge Presiding: Hon. Rudolph Contreras

<u>Subject of Inquiry</u>: For this case, I have been granted in forma pauperis. Summons were issued to ICF, Inc. and FDIC on 1/24/19. For ICF, Inc., an answer was due 21 days after they received it. It is now past due, and no answer or motion has been filed. Since I am in forma pauperis, and the Court issued the summons, may I respectfully ask Clerk's Office to issue an <u>Entry of Default</u> for ICF, Inc. for failure to answer or plead in timely manner. I further ask Clerk's Office to grant a request for the Court to issue <u>Default Judgment</u> against ICF, Inc. in this case. This, of course, does not pertain to FDIC, as a federal agency gets a longer period to answer. Again, ICF Inc. is past the 21 days in which they must answer. ICF Inc is at: 9300 Lee Hwy, Fairfax VA 22031.

Respectfully submitted,

*[signature]*

Monal Patel, plaintiff pro se
2020 F St NW #145
Washington DC 20006
860-655-7273
monal.m.patel@gmail.com

RECEIVED Mail Room
FEB 26 2019
Angela D. Caesar, Clerk of Court
U.S. Bankruptcy Court, District of Columbia