# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| MONAL PATEL, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 18-2707 (RC) |
| | : | | |
| v. | : | | |
| | : | | |
| FEDERAL DEPOSIT INSURANCE CORP. and ICF, INC., | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

### DIRECTING THE U.S. MARSHALS SERVICE TO EFFECT SERVICE OF PROCESS

It is hereby **ORDERED** that the U.S. Marshals Service effect service of process in this case as soon as practical within its available resources, or, to the extent that service has already been effected, file on the docket proof of service.

**SO ORDERED**.

Dated: March 4, 2019

RUDOLPH CONTRERAS
United States District Judge