Case: 1:18-cv-02707-RC

2/24/19

TO: Clerk's Office — Court Clerk
U.S. District Court for D.C.
Rm 1225
333 Constitution Ave NW
Washington DC 20001

LET THIS BE FILED ✓
[signature]
3/1/2019

Re: Time to serve summons after IFP granted

Dear Clerk,

In light of just learning this weekend that the summons' for my case against ICE + FDIC were never served because I was never told or informed, or sent, the instructions for after IFP is granted, and summons' along with US Marshall forms were to be sent to me by Clerk's Office to fill out & mail back. This whole time, I thought the summons were served after they were issued & I saw them on Pacer. Only after I wondered why no updates posted, I did a little research & saw that U.S. Marshalls only effect service upon getting a form 285 filled out to them. Did Clerk's office already serve these themselves? If not, I just sent copies of forms 285, summons, & complaint to Clerk's office via U.S. Mail today for ICE, FDIC, US Attorney Office, + U.S. Atty General.

RECEIVED Mail Room FEB 27 2019 Angela D. Caesar, Clerk of Court U.S. Bankruptcy Court, District of Columbia

Since I am pro se & IFP, & no one sent me forms or info on what I had to do, please don't use tho past month (since 1/24) against me. I'd like the normal balance of time for Clerks office to receive the packet, send to U.S. Marshalls, for U.S. Marshalls to serve summons to Defendants, for proof of service returned & not have to run into time block. I ask that Clerks office also let the Honorable judge Contreras' aware that I didn't just sit on the action for a month.

Thanks

Monal Rotd, pro se
Plaintiff
2020 K St NW #125
WDC 20006
860-655-72??